**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reliance Hospitality LLC, | No. CV-21-01970-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| ASNL Incorporated, | |
| Defendant. | |

Plaintiff/Counter Defendant Reliance Hospitality LLC ("Reliance") filed a Complaint (Doc. 1) for breach of contract against Defendant/Counterclaimant ASNL, Inc. ("ASNL"). In turn, ASNL filed a breach of contract counterclaim against Reliance. (Doc. 8). On November 16, 2023, the Court intended to hold a Final Pretrial Conference with respect to the parties claims. Counsel for Reliance was in attendance, but Counsel for ASNL did not appear. Upon review of the record, the last affirmative filing by ANSL's Counsel was on November 21, 2022. (Doc. 23 Response to Reliance's Motion for Summary Judgment). ASNL's Counsel did not participate in drafting the Proposed Final Pretrial Order (Doc. 31) or respond to Reliance's pending Motion for Limine (Doc. 33). Reliance's Counsel represented he has made continuous efforts throughout this matter to contact ASNL's Counsel and law firm via email, text message, and telephone, to no avail. Thus, the Court notes there has been a pattern of non-responsiveness regarding ASNL's Counsel.

/ / /

Accordingly,

**IT IS ORDERED** that ASNL shall show cause in writing **on or before December 7, 2023,** explaining why the Court should not entertain a motion for default judgment or motion to dismiss ASNL's counterclaim for ASNL's failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail a copy of (1) this Order and (2) the Proposed Final Pretrial Order (Doc. 31) to the managing partner at the law firm retained by ANSL: ATTN Managing Partner; Lane & Nach PC; 2001 E Campbell Street, Ste. 103; Phoenix, AZ 85016.

Dated this 17th day of November, 2023.

Honorable Diane J. Humetewa
United States District Judge